**STATEMENT OF FACTS**

On November 13, 2013 members of the Metropolitan Police Department's Narcotics and Special Investigations Division and Special Agents for the Federal Bureau of Investigation, with the help of a confidential informant, concluded an investigation involving subjects planning a violent robbery. At the outset, the defendants were told that the undercover police officers (UC) were looking for a crew to rob a liquor store with firearms. The officer told the defendants they would get cash and narcotics from the liquor store, which would be split between the defendants and the undercover officers. After multiple meetings with UCs, all of which occurred within the District of Columbia, defendant Rudy Arreola agreed to bring two other subjects, later identified as defendants Danny Renteria and Andrew Crannell to meet at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ The defendants arrived at the location and were greeted by a UC. The defendants walked over to the UC's vehicle and defendant Arreola took an object out of a bag and placed it in the UC's vehicle compartment. Defendant Renteria asked defendant Crannell if he had his gun, in which Crannell went to the vehicle he arrived in and retrieved an object and gave it to defendant Renteria, who left the object on the seat. After brief introductions, the UC showed the defendants pictures of the intended victim and the location of the robbery victim's store. After they were shown pictures, they discussed how they were going to split the profits of the robbery and their escape route from the robbery. Once the robbery agreement was reached, the UC officer signaled the uniformed police officers in the arrest team, who moved in and placed all three defendants under arrest. After the defendants were secured a search was done of the UC location and several firearms and ammunition were recovered, including a loaded .22 caliber revolver, a 9mm handgun with an extended magazine with ammunition, a loaded .25 caliber, Model L-25, and a loaded .357 Ruger, Model Security. All three defendants were then transported to the first district for processing.

_____
OFFICER ALVIN CARDINAL
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF NOVEMBER, 2013.

_____
U.S. MAGISTRATE JUDGE